# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Jayme Prokes, Thomas P. Piekarski | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 18-cv-02384-SRN-ECW |
| American Federation of State, County, and Municipal Employees, Council No. 5, American Federation of State, County, and Municipal Employees, Council No. 5, Local 2440, American Federation of State, County, and Municipal Employees, American Federation of State, County, and Municipal Employees, Council No. 5, Local 221 | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Hoekman Plaintiffs' Motion for Summary Judgment [18-cv-01686, Doc. No. 145] is

   **DENIED**;

2. The Education Minnesota Defendants' Cross-Motion for Summary Judgment [18-cv-

   01686, Doc. No. 160] is **GRANTED**;

3. Plaintiff Piekarski's Motion for Summary Judgment [18-cv-02384, Doc. No. 99] is

   **DENIED**; and

4. The AFSCME Defendants' Cross-Motion for Summary Judgment [18-cv-02384, Doc. No.

106] is **GRANTED**.

Date: 2/16/2021                                                                                           KATE M. FOGARTY, CLERK